Ct Ex 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

AUX CAYES FINTECH CO. LTD.,
    d/b/a "OKEx," d/b/a "OKX,"

Defendant.

**WAIVER OF INDICTMENT**

25 Cr. __69__ (KPF)

The above-named defendant, which is accused of violating Title 18, United States Code,

Section 1960 being advised of the nature of the charge and of its rights, hereby waives, in open

Court, prosecution by indictment and consents that the proceeding may be by information instead

of by indictment.

_____
AUX CAYES FINTECH CO. LTD.
Defendant
By:    Xiaoren ("Christina") Deng
        Authorized Signatory

_____
Witness

_____
David Meister, Esq.
Attorney for Defendant

Dated: New York, New York
      February 24, 2025